Revised 03/06 WDNY



## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

18 CV 67695

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

A.    **Full Name And Prisoner Number of Plaintiff: NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. James Bartolo Duran   14-B-0261

2. _____

-VS-

B.    **Full Name(s) of Defendant(s) NOTE**: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Pete Dorman                          4. Joe Grupa

2. Melisa Anderson                      5. Rodrick Hunt

3. Daniel Quagliana                     6. _____

### 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION NOTE**: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: James Bartolo Duran 14-B-0261

Present Place of Confinement & Address: _____

_____

_____

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

_____

_____

DEFENDANT'S INFORMATION NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Pete Dorman

(If applicable) Official Position of Defendant: Correctional officer

(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity

Address of Defendant: 15 E. Chautaqua St., Mayville, NY, 14757

Name of Defendant: Melisa Anderson

(If applicable) Official Position of Defendant: Correctional officer

(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity

Address of Defendant: 15 E. Chautaqua St., Mayville, NY, 14757

Name of Defendant: Daniel Quagliana

(If applicable) Official Position of Defendant: Lutienant

(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity

Address of Defendant: 15 E. Chautaqua St., Mayville, NY, 14757

## (SEE ATTACHED EXHIBIT A)

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action? Yes____ No__X__

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.    Court (if federal court, name the district; if state court, name the county):_____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

Is it still pending? Yes_____ No_____

If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

_____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

_____ By court for failure to exhaust administrative remedies;

_____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

_____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

_____ plaintiff

_____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment?**

Yes_____ No_X_

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____

_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

Is it still pending? Yes_____ No_____

If not, give the approximate date it was resolved._____

3

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

     _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

     _____ By court for failure to exhaust administrative remedies;

     _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

     _____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

     _____ plaintiff

     _____ defendant.

---

## 5. STATEMENT OF CLAIM (SEE ATTACHED EXHIBIT B)

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

| | | |
|---|---|---|
| • Religion | • Access to the Courts | • Search & Seizure |
| • Free Speech | • False Arrest | • Malicious Prosecution |
| • Due Process | • Excessive Force | • Denial of Medical Treatment |
| • Equal Protection | • Failure to Protect | • Right to Counsel |

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

A. FIRST CLAIM: On (date of the incident) _____,

defendant (give the **name and position held** of **each defendant** involved in this incident) _Roderick Hunt, Physician Pete Dorman C.o., Melissa Anderson c.o, Daniel Quagliana Lt., Joe Grupa Lt._

did the following to me (briefly state what each defendant named above did): _Switched the medication that was prescribed to me by an orthopedic specialist to help with the pain, swelling and nerve damage. Also was negligent on numerous times by NOT seeing me when I dropped sick call slips for pain and swelling. C.O.'S Dorman and Anderson as well as LT's Quagliana and Grupa were made aware threw grievances and complaints and ignored the issue._

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _14th, 8th Amendment, denial of medical treatment and Due process_

The relief I am seeking for this claim is (briefly state the relief sought): _To be compensated for my pain and suffering as well as my mental and physical pain and anguish_

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? __X__ Yes _____ No   If yes, what was the result? _was Denied_

Did you appeal that decision? __X__ Yes _____ No   If yes, what was the result? _was Denied and sent to albany and stayed same._

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

A. SECOND CLAIM: On (date of the incident) _April 25, 2016_ ,

defendant (give the **name and position held** of **each defendant** involved in this incident) _Roderick Hunt, Physician, Pete Dorman c.o., Melisa Anderson c.o., Daniel Quagliana LT., Joe Grupa LT._

did the following to me (briefly state what each defendant named above did): *Failed to properly bandage my wounds causing me to get an infection on two or three seperate occasions this happened again.*

The constitutional basis for this claim under 42 U.S.C. § 1983 is: *14th and 8th Amendment*

The relief I am seeking for this claim is (briefly state the relief sought): *To be compensated for my pain and suffering as well as my mental and physical pain and anguish*

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? __X__ Yes _____ No   If yes, what was the result? *Denied*

Did you appeal that decision? __X__ Yes _____ No   If yes, what was the result? *Denied albany affirned denial.*

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

*To be compinsated for my pain and suffering as well as my mental and physical anguish and pain.*

Do you want a jury trial? Yes__X__ No____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10 / 16 / 18_____

                               (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_James B. Duran_

                                 Signature(s) of Plaintiff(s)

EXHIBIT A

Name of Defendant: Joe Grupa

official position of Defendant: Lieutenant

Defendant is sued in: individual and offical capacity

Address of Defendant: 15 E. Chautaqua St., mayville, NY, 14757

Name of Defendant: Roderick Hunt

official position of Defendant: Physician

Defendant is sued in: individual and offical capacity

address of Defendant: 15 E. Chautaqua St., mayville, NY, 14757

James Duran

EXHIBIT B (1)

United states District Court

Western District of New York

James Bartolo Duran                                    — CV —

        V.

Pete Dornan, Melisa Anderson

Daniel Quagliana, Joe Grupa                    Complaint

Roderick Hunt

1) This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the constitution of the united states. This action is brought pursuant to 42 U.S.C. §1983. The court has Jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343 (3) and (4) and 2201.

2) This action is brought against correctional officers Pete Dornan, and Melisa Anderson, also Lwietenant Daniel Quagliana, and Joe Grupa and Physisan Roderick Hunt who are all employees of the Chautaqua county Jail located at 15 E. Chautaqua st.
                                                         Mayville, NY, 14757.

3) The plaintiff James Bartolo Duran is entitled to relief under the Eighth Admendment (medical care) and The Equal protection clause of the Fourteenth Admendment.

4) Roderick Hunt the Defendant who is the Physican at the Chautaqua County Jail denied me adequat medical care and medication for a gun shot wond with a broken bone in which surgery was preformed on Fourty eight hours prior and two other gun shot wonds. I was removed from the hospital not even twenty four hours after surgery and removed off the medication prescribed by the specialist by the above named defendant.

EXHIBIT B(2)

5) Defendants Pete Dorman, Melisa Anderson, Daniel Quagliana and Joe Grupa were made aware of this issue threw complaints as well as nenourous grievances filed and denied by them.

6) On April 25, 2016 Plantiff took a shower and had medical re-bandage his wounds. They improperly bandaged wound causing infection.

7) During the following months, Plaintiff compland nuerous times on seperate occassions about pain and swelling of leg and cramps. Defendants refused to see Plantiff.

8) On July 19, 2016, Plaintiff dropped grievance against medical due to negligance. Defendant PA Hunt reffered Plaintiff to ECMC in which Plaintiff had to wait untill July 25, 2016.

9) On July 25, 2016, Plaintiff went to orthopedic specialist who ordered physical therapy, compression stocking and Ice packs. Plaintiff was denied all except compression stocking.

10) On August 27, 2016, Plaintiff was moved from an air conditioned unit (to help with the swelling caused by heat) to the "blocks" which was extremly hot and caused swelling and constant pain again. Grievance was filed and ignored.

11) On August 29, 2016, Plaintiff dropped a second grievance sense the first one was unanswered.

EXHIBIT B(3)

12) On or about August 29, 2016, Plaintiff was seen by medical who reconended an air conditioned unit sense Ice packs were denied. Plaintiff was moved to the seggregated Housing unit and recieved seggregation for twenty four hours.

13) on september 2, 2016, Plaintiff was moved from the seggregated Housing unit to POD A In which Plaintiff learned there had been oppenings there prior to my moving in. Plaintiff was left to suffer in the SHU. being denied all rights and privilges.

14) The relief I am seeking is $1,000,000 00/100 for mental pain and anguish as well as physical pain and anguish I had to endure threw for ten Months in the Chautauqua county Jail.

Respectfully
Submitted;

James Duran

**GREENE CORRECTIONAL FACILITY**
P.O. BOX 975
COXSACKIE, NEW YORK  12051-0975

NAME: James Duran          DIN: 14B0261

GREENE

CORRECTIONAL FACILITY

NEOPOST
10/17/2018
US POSTAGE $000.89⁰

ZIP 12051
041M1287879

United States court house
2 Niagra sq.
Buffalo, NY, 14202

142023350  0030

legal mail

JS 44  (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
James Burtolo Duman    DUMAN

## DEFENDANTS
Pete Dorhan, Melissa Anderson, Darrel Quaghvana Joe Grupa, Rodrick Hunt

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Chautaqua
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro-se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 830 Patent ☐ 840 Trademark | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 490 Cable/Sat TV ☐ 862 Black Lung (923) |
| ☐ 195 Contract Product Liability | ☒ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 850 Securities/Commodities/ Exchange ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION** ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983 Civil action
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 1,000,000 00/100

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____